UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DAVID SCOTT BRANAGIN,<br><br>Plaintiff,<br><br>v.<br><br>SHERIFF STOCKHOLM, et al.,<br><br>Defendants. | ) | No. 2:26-cv-00236-JPH-MG |

**Order**

Plaintiff David Scott Branagin filed this action against Putnam County Jail staff while in custody at the David L. Moss Criminal Justice Center in Tulsa, Oklahoma. Dkt. 1. Mr. Branagin then moved to the Jess Dunn Correctional Center, a state prison, in Taft, Oklahoma. Dkt. 7. Mr. Branagin is now at the Robinson Correctional Center in Robinson, Illinois. Dkt. 20. This case was originally filed in Oklahoma but transferred to this district on April 3, 2026. Dkt. 9.

Mr. Branagin filed a motion to proceed *in forma pauperis* with this complaint when he initiated this action on December 8, 2025. Dkt. 2. He reported he has no income and asked for waiver of the filing fee, or for the fee to be deducted from his inmate account each month. *Id.* That motion has not yet been ruled on, as the Court ordered him to provide a copy of his trust account statement from the 6 months preceding the initiation of this action. Dkt. 13, 22. Mr. Branagin now reports he has requested the account statement from the Oklahoma jail, where he is no longer housed, to no avail. Dkts. 24, 26. He

requests the entry of a collection order and waiver of the initial partial filing fee. Dkts. 24, 26.

Mr. Branagin's motion for court assistance, dkt. [26], is **granted**. The Court finds Mr. Branagin has made a good faith effort to retrieve his relevant trust fund account statement. In the interest of judicial economy, Mr. Branagin's motion to proceed *in forma pauperis*, dkt. [2], is **granted**. The Court will not collect an initial partial filing fee and will separately issue a collection order to facilitate payment of the filing fee.

**SO ORDERED.**

Date: 9/21/2026

James Patrick Hanlon

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

DAVID SCOTT BRANAGIN
Y75595
Robinson Correctional Center
13423 East 1150th Avenue
Robinson, IL 62454